# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **DESHAWN LYDELL DAVIS,** | ) |
| Plaintiff, | ) Case No. CV 17-3764-DDP (AJW) |
| v. | ) |
| **DR. JOHN DOE, et al.,** | ) **ORDER DISMISSING ACTION** |
| **PRISON, et al.,** | ) **WITHOUT PREJUDICE** |
| Defendants. | ) |

On June 13, 2017, an order was filed denying plaintiff's request to proceed in forma pauperis and stating that plaintiff "shall pay the filing fees in full within 30 days or this case will be dismissed." [Dkt. 6 (emphasis omitted)]. Plaintiff has not paid the filing fees. Accordingly, this action is **dismissed without prejudice.**

**IT IS SO ORDERED.**

DATED: October 6, 2017

_____
Dean D. Pregerson
United States District Judge