UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DESHAWN LYDELL DAVIS,** | )<br>) |
| Plaintiff, | ) Case No. CV 17-3764 DDP (AJW)<br>) |
| v. | )<br>) **J U D G M E N T** |
| **DR. JOHN DOE, et al.,** | )<br>) |
| Defendants. | ) |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: October 6, 2017

_____
Dean D. Pregerson
United States District Judge